

November 14, 2025

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

**MEMO ENDORSED**

**Re:** *Gordon, et al. v. Riverdale SNF, LLC, et al.* Case No.: 1:24-cv-02612-KPF

Dear Judge Polk Failla:

We represent Plaintiffs in the above-referenced matter. We write jointly with Defendant Riverdale SNF, LLC ("Defendant" or "Schervier"), pursuant to Rule 2(C) of the Court's Individual Rules, to request a stay of the case, including discovery deadlines, pending mediation.

On November 6, 2025, the Court referred this case to the Court-annexed Mediation Program. ECF No. 61. On November 12, the parties met for a pre-mediation conference. The parties are discussing dates for mediation in December 2025 or January 2026. The parties jointly request a stay of this case, including all discovery deadlines, to allow them to engage in good-faith settlement discussions. The parties propose providing the Court with an update when mediation is scheduled, and again on the status of settlement negotiations within a week following the mediation.

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,

Molly Brooks

cc: All Counsel of Record (via ECF)

New York  685 3rd Ave 25th Floor, New York, NY 10017  T (212) 245-1000  F (646) 509-2060
San Francisco  1 California Street, 12th Floor, San Francisco, CA 94111  T (415) 322-1391  F (415) 638-8810
Washington, DC  1225 New York Ave NW, Suite 1200B, Washington DC 20005  T (202) 914-5097  F (202) 847-4410
outtengolden.com   mail@outtengolden.com

Application GRANTED.

The case is STAYED pending mediation.  The parties are directed to provide status updates to the Court when mediation is scheduled and on the status of settlement negotiations within a week of the mediation.

The Clerk of Court is directed to terminate the pending motion at docket entry 62.

Dated:    November 17, 2025          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE