**Seyfarth**

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526


hwexler@seyfarth.com

T (212) 218-3332


www.seyfarth.com

March 9, 2026


**VIA ECF**

Honorable Katherine Polk Failla
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2103
New York, N.Y. 10007



MEMO ENDORSED

> **Re:** ***Gordon, et al. v. Riverdale SNF, LLC d/b/a Schervier Rehabilitation & Nursing Care Center***
> **Civil Case No.: 24-cv-2612-KPF (S.D.N.Y.)**

Dear Judge Failla:

We represent Schervier Rehabilitation and Nursing Care Center ("Defendant") in the above-referenced matter. Defendant respectfully requests that the Court enter the attached proposed Case Management Plan in light of the parties' unsuccessful mediation.

Since the mediation on February 17, 2026, Defendant has made multiple attempts, by both telephone and email, to confer with Plaintiffs' counsel regarding a revised proposed Case Management Plan. To date, Plaintiffs' counsel has not responded. Accordingly, Defendant submits this request unilaterally.

We appreciate the Court's time and attention to this matter.


Respectfully submitted,

SEYFARTH SHAW LLP

/s/ *Howard M. Wexler*

Howard M. Wexler, Esq.


cc: All Counsel of Record (via ECF)

The Court has received Defendant's above-letter and proposed Case Management Plan ("CMP").

Plaintiffs are directed to respond on or before **March 12, 2026,** as to whether they consent to the proposed discovery timeline.  If the Court does not hear from Plaintiffs by the deadline, it will enter Defendant's proposed CMP and expect all parties to abide by its timeline.

The Clerk of Court is directed to terminate the pending motion at docket entry 66.

Dated:     March 10, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE