**Seyfarth**

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

hwexler@seyfarth.com

T (212) 218-3332

www.seyfarth.com

April 13, 2026

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2103
New York, N.Y. 10007



> **Re:**    ***Gordon, et al. v. Riverdale SNF, LLC d/b/a Schervier Rehabilitation & Nursing Care Center***
> **Civil Case No.: 24-cv-2612-KPF (S.D.N.Y.)**

Dear Judge Failla:

As Your Honor is aware, our firm represents Schervier Rehabilitation and Nursing Care Center ("Defendant") in the above-referenced matter. We write jointly with Plaintiffs' counsel, pursuant to Rule 2(C)(i) of the Court's Individual Rules, to respectfully request a brief extension of the parties' deadline to jointly submit a proposed Protective Order and ESI Protocol from today, April 13, 2026, to April 17, 2026.

Under the Case Management Plan so-ordered by the Court on March 12, 2026 (ECF Dkt. No. 70), the parties are required to submit these materials within 30 days of that Order to the extent they are able to reach agreement. The parties have exchanged drafts, and the requested extension is necessary to allow additional time to finalize their terms. This is the parties' first request for an extension of these deadlines. This extension will not affect any other deadlines set forth in the Court's Case Management Plan.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ *Howard M. Wexler*

Howard M. Wexler, Esq.

cc: All Counsel of Record (via ECF)

Application GRANTED.

The deadline for the parties to submit their proposed Protective Order and ESI Protocol is hereby ADJOURNED to **April 17, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 79.

Dated:     April 14, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE