**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PERNELL GORDON and LATOYA GORDON, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    -against-<br><br>RIVERDALE SNF, LLC D/B/A SCHERVIER REHABILITATION AND NURSING CARE CENTER, 2975 INDEPENDENCE AVENUE, LLC, TL MANAGEMENT, LLC, TL MANAGEMENT CO., LLC, TL HEALTHCARE LEASING, LLC, and TL HEALTHCARE HOLDINGS, LLC,<br><br>        Defendant. | **Case No. 24-cv-2612 (KPF)** |

**DECLARATION OF MOLLY BROOKS IN SUPPORT OF PLAINTIFFS' LETTER
RESPONSE TO DEFENDANT'S LETTER MOTION TO STRIKE**

I, Molly Brooks, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am a partner at the firm of Outten & Golden LLP in New York, New York.

2. I am an attorney in good standing admitted to practice in the State of New York. I make this declaration in support of Plaintiffs' Letter Response to Defendant's Letter Motion to Strike.

3. Attached as **Exhibit A** are true and accurate excerpts of the transcript of Plaintiff Pernell Gordon's deposition, taken on May 26, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: June 8, 2026

 */s/ Molly Brooks*
Molly A. Brooks