UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

PERNELL GORDON, et al.,                                    :
                                                          :        Case No. 1:24-cv-02612-KPF
                    Plaintiffs,                            :
                                                          :
          -against-                                       :
                                                          :
RIVERDALE SNF, LLC,                                       :
                                                          :
                    Defendants.                           X

## <u>DECLARATION OF KYLE WINNICK</u>

I, Kyle Winnick, pursuant to 28 U.S.C. § 1746, hereby affirm that I am over 18 years of age and am competent to make the following Declaration.

1.    I submit this declaration in support of Defendant's letter regarding Plaintiff Latoya Gordon's statements and averments in support of Plaintiff Pernell Gordon's Motion for Court-Authorized Notice pursuant to 29 U.S.C. § 216(b). I am personally familiar with the matters and things contained herein, and I authorize the use of this Declaration for all purposes permitted by law.

2.    I am an attorney currently employed as a partner at the law firm Seyfarth Shaw, LLP, attorneys for Defendant in this matter.

3.    Attached as **Exhibit A** are true and accurate excerpts of the transcript of Plaintiff Latoya Gordon's deposition, taken on June 1, 2026.

4.    Attached as **Exhibit B** is a true and accurate copy of the document marked as Exhibit 5 during Plaintiff Latoya Gordon's deposition.

5.    Attached as **Exhibit C** is a true and accurate copy of the document marked as Exhibit 6 during Plaintiff Latoya Gordon's deposition.

1

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of June 2026.

/s/ Kyle D. Winnick
Kyle D. Winnick

2