**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PERNELL GORDON and LATOYA GORDON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>RIVERDALE SNF, LLC D/B/A SCHERVIER REHABILITATION AND NURSING CARE CENTER,<br>Defendant. | Case No. No. 24-cv-2612 (KPF) |

**DECLARATION OF MOLLY BROOKS IN SUPPORT OF PLAINTIFFS' LETTER
RESPONSE TO DEFENDANT'S LETTER MOTION TO STRIKE**

I, Molly Brooks, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am a partner at the firm of Outten & Golden LLP in New York, New York.

2. I am an attorney in good standing admitted to practice in the State of New York. I make this declaration in support of Plaintiffs' Letter Response to Defendant's Letter Motion to Strike.

3. What Defendant describes as the "prior declaration" of Latoya Gordon and submits as Exhibit C to its June 9, 2026 letter motion, ECF No. 106-3, is a declaration of Latoya Gordon submitted for mediation purposes only.

4. Attached as **Exhibit A** are true and accurate excerpts of the transcript of Plaintiff Latoya Gordon's deposition, taken on June 1, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

2

Respectfully submitted,

Dated: June 12, 2026

 */s/ Molly Brooks*
Molly A. Brooks