AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Pernell Gordon, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    24-cv-2612 |
| Riverdale SNF, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pernell Gordon, Latoya Gordon, Lottoi Campbell-Crespo and Dazon Floyd                              .

Date:    06/18/2026

/s/ Julia Solomon-Strauss
*Attorney's signature*

Julia Solomon-Strauss, NY Bar. No. 5879416
*Printed name and bar number*

Zimmer, Citron & Clarke
14 Ridge Square NW, Suite 328
Washington, DC 20016

*Address*

jsolomonstrauss@zimmercitronclarke.com
*E-mail address*

(617) 676-9410
*Telephone number*

*FAX number*