**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PERNELL GORDON, LATOYA GORDON, LOTTOI CAMPBELL-CRESPO, and DAZON FLOYD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERDALE SNF, LLC, d/b/a Schervier Rehabilitation & Nursing Care Center,<br><br>Defendant. | Civil Action No. 1:24-cv-2612 (KPF)<br><br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, David J. Zimmer, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for plaintiffs Pernell Gordon, Latoya Gordon, Lottoi Campbell-Crespo, Dazon Floyd, and the class in the above-captioned matter.  I am in good standing of the bar of the Commonwealth of Massachusetts and the State of California. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 23, 2026                         Respectfully submitted,

/s/ David J. Zimmer
David J. Zimmer
Zimmer, Citron & Clarke LLP
711 Atlantic Ave., 6th Floor
Boston, MA 02111
Tel.: (617) 676-9421
dzimmer@zimmercitronclarke.com

**CERTIFICATION OF SERVICE**

I hereby certify that on June 23, 2026, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ David J. Zimmer
David J. Zimmer