# Outten&Golden

June 23, 2026

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2103
New York, N.Y. 10007

> **Re**: *Gordon, et al. v. Riverdale SNF, LLC d/b/a Schervier Rehabilitation &
> Nursing Care Center*
> **Civil Case No.: 24-cv-2612-KPF (S.D.N.Y.)**

Dear Judge Failla:

As Your Honor is aware, our firm represents Plaintiffs Pernell Gordon and Latoya Gordon in the above-referenced matter. We write jointly with Defendant's counsel, pursuant to Rule 2(C)(i) of the Court's Individual Rules, to respectfully request a brief extension of the parties' deadline to complete fact discovery. Plaintiffs proposed seeking to stay discovery in lieu of seeking an extension while Plaintiffs' motion for court-authorized notice and Defendant's motion for partial judgment of the pleadings are pending, but Defendant disagreed. Plaintiffs' position is that discovery should be extended to October 29, 2026. Defendant's position is that discovery should only be extended to July 31, 3026.

Under the Case Management Plan so-ordered by the Court on March 12, 2026 (ECF Dkt. No. 70), the parties are required to complete fact discovery by June 29, 2026. The requested extension is necessary to allow additional time for the parties to complete depositions. Plaintiffs have noticed depositions of depose Plaintiffs' managers and intend to notice 30(b)(6) depositions and depositions of other management employees. Plaintiffs also seek Defendant's production of electronically stored information and other documents. The parties agree that if opt-in Plaintiff Dazon Floyd does not appear for his deposition on July 13, 2026, his claims will be dismissed with prejudice. The parties also agree that opt-in Plaintiff Ian Bryan will provide Defendant with a deposition date by Friday, June 26, 2026. If he does not show up for his deposition, the parties agree that his claims will be dismissed with prejudice. The parties also agree that Defendant will provide Plaintiffs with deposition dates for the noticed manager depositions by July 3, 2026, to the extent that the managers in question are still employed by Defendant, and that such depositions will occur after the depositions of opt-in Plaintiffs Floyd and Bryan. This is the parties' first request to extend the discovery deadline. This extension will not affect any other deadlines set forth in the Court's Case Management Plan.

We thank the Court for its time and consideration of this request.

New York
685 3rd Avenue, 25th Floor,
New York, NY 10017
(212) 245-1000

Oakland
1999 Harrison Street, Suite 1500,
Oakland, CA 94612
(415) 322-1391

Washington, DC
1225 New York Avenue NW,
Suite 1200B, Washington DC 20005
(202) 847-4400

Hon. Katherine P. Failla
Page 2 of 2
June 23, 2026

          Respectfully submitted,
          Outten and Golden LLP

          */s/ Molly Brooks*
          Molly Brooks, Esq.


cc: All Counsel of Record (via ECF)