**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PERNELL GORDON, LATOYA GORDON, LOTTOI CAMPBELL-CRESPO, and DAZON FLOYD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERDALE SNF, LLC, d/b/a Schervier Rehabilitation & Nursing Care Center,<br><br>Defendant. | Civil Action No. 1:24-cv-2612 (KPF)<br><br><br>**ORDER FOR ADMISSION OF DAVID J. ZIMMER *PRO HAC VICE*** |

The motion of David J. Zimmer, for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts and the State of California, and that his contact information is as follows:

> Applicant's Name: David Zimmer
> Firm Name: Zimmer, Citron & Clarke LLP
> Address: 711 Atlantic Ave., 6th Floor, Boston, MA, 02111
> Telephone: (617) 676-9421

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the pending motion at docket entry 111.

Dated: June 24, 2026
         New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge